**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRIEDA TAWIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRUMIS IMPORTS, INC.,<br><br>Defendant. | Civil Action No.: 1:24-cv-02544-KPF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), Plaintiff Frieda Tawil hereby voluntarily dismisses her claims against Defendant Brumis Imports, Inc., without prejudice. Each side shall bear their own costs.

Dated: October 15, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *_/s/ Alec M. Leslie_*
Alec M. Leslie

Alec M. Leslie
1330 Avenue of the Americas, 32 Fl.
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: aleslie@bursor.com

*Attorney for Plaintiff*